FRANCES CASSANO, an Infant, by MARY LETO, Her Guardian ad Litem, Respondent, *v.* AVENUE A PROPERTY, INC., Appellant.

(Argued October 21, 1930; decided November 18, 1930.)

*G. Everett Hunt, William G. Walsh* and *Alfred W. Andrews* for appellant.

*Isidore Miller* and *T. J. Gillen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.